UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 6 2017
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY R. CRINKEY,<br><br>Defendant. | Criminal No. 5:17 CR-18 Bailey<br><br>Violation:  18 U.S.C. § 2250(a) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

(Failure to Update Registration as a Sex Offender - SORNA)

During the time commencing in March of 2017, and continuing to on or about May 30, 2017, in Ohio County, in the Northern District of West Virginia, defendant, **JEREMY R. CRINKEY**, a person required to register under the Sex Offender Registration and Notification Act, and a sex offender by reason of a conviction under Federal law, that is, the offense of Possession of Child Pornography, on January 19, 2012, in the United States District Court for the Northern District of West Virginia, in the Case Number: 5:11CR49, did knowingly fail to update his SORNA registration, that is, the defendant did not register his 118 North 8th Street, Wheeling, West Virginia address, in violation of Title 18, United States Code, Section 2250(a).

True Bill,

/s/ _____
Grand Jury Foreperson

/s/ Betsy Steinfeld Jividen
BETSY STEINFELD JIVIDEN
Acting United States Attorney

Stephen L. Vogrin
Assistant United States Attorney